# MINUTE ORDER

Page 1

## Magistrate Judge Bruce E. Reinhart

**Atkins Building Courthouse - 9th Floor**    Date: 3/19/24    Time: 1:30 p.m.

Defendant: Paul Oswald Morani    J#: 12433-506    Case #: 24-2537-MJ-LOUIS

AUSA: Joan Silverstein    Attorney: Alejandro Soto

Violation: Money Laundering    Surr/Arrest Date: 3/18/2024    YOB: 1967

Proceeding: Initial Appearance    CJA Appt:

Bond/PTD Held: ☐ ☐    Recommended Bond:

Bond Set at:    Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services
- Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: English

**Disposition:**

Rights given – Counsel files

**TEMPORARY** Notice of Appearance

Defendant held Temporary Pretrial Detention @ Government request, risk of flight

Time from today to _____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**    Date:    Time:    Judge:    Place:

*Report RE Counsel:* 4/2/24    10:00    Miami Duty

*PTD/Bond Hearing:* 3/22/24    10:00    Miami Duty

*Prelim/Arraign:*    4/2/24    10:00    Miami Duty

Status Conference RE:

D.A.R. 13:44:59/13:50:20    Time in Court: 10

s/Bruce E. Reinhart    Magistrate Judge