UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:24-mj-02537-LFL

UNITED STATES OF AMERICA

v.

PAUL OSWALD MORANI,

    Defendant.
_____ /

### ORDER OF RECUSAL

**THE UNDERSIGNED MAGISTRATE JUDGE**, to whom the above-styled case has been assigned, hereby recuses herself and refers the matter to the Clerk of Court for reassignment pursuant to 28 U.S.C. § 455(a).

**DONE AND ORDERED** in Chambers at Miami, Florida this 21st day of March, 2024.

                LAUREN F. LOUIS
                UNITED STATES MAGISTRATE JUDGE

**IN ACCORDANCE** with the Local Rules for the Southern District of Florida, providing for the random and equal allotment of cases, this cause will be reassigned to the calendar of __Lisette M. Reid_____. Copies of this Order shall be served on all pending parties of record. All documents for filing in this case shall carry the following case number and designation: 1:24-mj-02537-_Reid_____.

**BY ORDER OF THE COURT** this _21st_ day of __March_____, 2024, in Miami, Florida.


          ANGELA E. NOBLE
          Clerk of Court

    By: _/s/Valerie Kemp_____

          Deputy Clerk