UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 24-mj-02537-LMR

UNTIED STATES OF AMERICA

v.

PAUL OSWALD MORANI,

    **Defendant.**

_____/

**NOTICE**

    The United States of America, by and through its undersigned Assistant United States Attorney, herein provides notice that it will not seek an appeal of the Court's March 22, 2024 Order, ECF No. 6, granting the above-captioned defendant bond.

Date: March 26, 2024

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By: /s/ *Andrea Goldbarg*
ANDREA GOLDBARG
Assistant United States Attorney
Court ID A5502556
JLK Federal Justice Building
99 Northeast 4th Street
Miami, Florida 33132-2111
Telephone: 305-961-9309
Email: Andrea.Goldbarg@usdoj.gov