**RECUSAL COURT MINUTES**

# Magistrate Judge Jonathan Goodman

King Building Courtroom 11-3        Date: 4/24/24    Time: 10:00 a.m.

---

Defendant: Paul Oswald Morani          J#: Bond          Case #: 24-20132-CR-BLOOM/ELFENBEIN

AUSA: Andrea Goldbarg                   Attorney: Alejandro Soto & Marshall Louis, Temporary

Violation: Conspiracy to Commit Money Laundering, Engaging in Transactions in Unlawful Proceeds

Proceeding: Report Re: Counsel, Arraignment        CJA Appt:

Bond/PTD Held: ☐ Yes  ☐ No        Recommended Bond:

Bond Set at: $100k csb, $100k w/10%, $500k psb        Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☑ Random urine testing by Pretrial Services Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: English

Disposition:
*Brady Order given 4/3/24* The Court GRANTS Defense Counsel motion for a 2-week continuance. Defendant WAIVES a Speedy Trial and Speedy Arraignment in open court. The Court GRANTS the Unopposed Motion to Modify Conditions of Release in open court.

Time from today to _5/8/24_ excluded from Speedy Trial Clock

---

**NEXT COURT APPEARANCE**    Date:    Time:    Judge:    Place:

Report RE Counsel: 5/8/2024 at 1:30PM (Miami Duty Court)

PTD/Bond Hearing:

Arraignment: 5/8/2024 at 1:30PM (Miami Duty Court)

Status Conference RE:

D.A.R. JG-10:03:03                                    Time in Court: 17 mins.